UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
INNY446

| IN RE: | Chapter: 11 |
|---|---|
| KEVIN LYNCH and DENISE CASEY, A/K/A DENISE LYNCH A/K/A DENISE CASEY LYNCH | Case No. 08-23598 ASH |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

INDY MAC FEDERAL BANK FSB

This party is a party in interest in this case and is a secured creditor of the Debtors:

KEVIN LYNCH and DENISE CASEY, A/K/A DENISE LYNCH A/K/A DENISE CASEY LYNCH

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: November 12, 2008

        FEIN, SUCH & CRANE, LLP
        Attorneys for Applicant

    By: /S/TAMMY TERRELL, ESQ.
       TAMMY TERRELL, ESQ.
       (TT-4062)
       747 CHESTNUT RIDGE RD, STE 200
       CHESTNUT RIDGE, NY 10977
       845/371-4700
       and
       7 CENTURY DRIVE, SUITE 201
       PARSIPPANY, NEW JERSEY 07054
       973/538-4700