UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                    Chapter 11
Kevin Lynch                          Case #08-23598
                              Debtors.
_____X

PLEASE TAKE NOTICE that a Petition for Bankruptcy pursuant to 11 USC has been filed in the above Captioned Court this date, October 30, 2008, pursuant to Section 362 of the Bankruptcy Code the commencement, continuation, including the employment of process, or other action proceeding is **STAYED**.  Violation of Section 362 is punishable with Contempt of Court.

                              Yours, Etc.


                              /s/   Joshua N. Bleichman
                              Joshua N. Bleichman, Esq.
                              Attorney for Petitioner(s)
                              268 W. Route 59
                              Spring Valley, NY 10977
                              845-425-2510

STATE OF NEW YORK
COUNTY OF ROCKLAND


I, Joshua N. Bleichman, an attorney admitted to practice before this Court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 y ears old.  I have offices at 268 W. Route 59, Spring Valley, NY, and the within Notice of Bankruptcy was served on June 4, 2009 by telefaxing and depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service with the State of  New York, first class mail, addressed to:


Peter G. Vigue, President and CEO
c/o TD Bank North
1701 Route 70 East
Cherry Hill, New Jersey 08034

                                    ____/s/ Joshua N. Bleichman_____
                                    Joshua N. Bleichman, Esq.