**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
IN RE:

                                                                 Case No. 08-23598 (rdd)

Kevin Lynch & Denise Casey Lynch.

                  Debtors                         Chapter 11
-----------------------------------------------------x

## ORDER RECLASSIFYING SECURED CLAIM

Upon the objection of the above debtors (the "Debtors") seeking to reclassify, pursuant to 11 U.S.C. §§ 506(a) and 1322(b)(2), the secured claim of Specialized Loan Servicing, LLC, which has asserted a lien on Debtors' property located at 145 West Main Street, Stony Point, NY (the "Property"); and, after due and sufficient notice, there being no objection to the requested relief; and the Court having held a hearing on the objection on September 22, 2009; and the Court having determined that the value of the Property is less than the amount of the secured claim that is senior to Specialized Loan Servicing, LLC mortgage on the Property and that there is insufficient value in the Property for the Property to secure any portion of Specialized Loan Servicing, LLC's secured claim,

Now, therefore, it is hereby

ORDERED that the objection is granted; and it is further

ORDERED that Specialized Loan Servicing, LLC's secured claim, secured by the Property, is reclassified as an unsecured claim. Pond v. Farm Specialist Realty (In re Pond), 252 F.3d 122, 126 (2d Cir. 2001).

Dated: New York, New York
       September 24, 2009

                                                                 /s/ Robert D. Drain
                                                                Hon. Robert D. Drain
                                                                U.S. Bankruptcy Judge