| | |
|---|---:|
| <u>Net of Taxes Income</u> | |
| Denise North Rockland School District | 73840.00 |
| Kevin Lynch NY Services Inc. | 26000.00 |
| Kevin Lynch Tax Practice | 54000.00 |
| <u>Gross Rental Income</u> | |
| 145 West Main Street | 12600.00 |
| 85 Sterling Road | 52000.00 |
| 30 Knapp Road | 22800.00 |
| <u>Total Income</u> | 241240.00 |
| <u>Expenses</u> | |
| 145 West Main Street | |
|     Existing mortgage | |
|     incl Real Estate Tax and Insurance | 55864.00 |
|     Rep Main Misc | 3400.00 |
| 85 Sterling Road | |
|     Crammed Down $432k at 4% 25 year mortgage | |
|     Including Real Estate Taxes and Insurance | 47659.92 |
|     Rep Main Misc | 3600.00 |
| 30 Knapp Road | |
|     $322k existing mortgage includes tax/insurance | 34698.60 |
|     Rep/Main Misc | 2400.00 |
| <u>Total Mortgage, Real Estate Tax, Insurance and Misc</u> | 147622.52 |
| <u>Net Income before other Expenses</u> | 93617.48 |

E

Continued

| | |
|---|---:|
| Net Income before Other Expenses | 93617.48 |
| US Trustees Fees | 2600.00 |
| Utilities | 11928.00 |
| Other Insurances (car/life/disability/etc) | 15400.00 |
| Food, Clothing, Entertainment, Etc. | 26800.00 |
| Telephone | 2950.00 |
| Babysitter/Care Giver for Disabled Child | 3200.00 |
| Car Lease Nissan/Wachovia | 7896.00 |
| Donations | 2400.00 |
| College Plus Loans | 3600.00 |
| Car Expenses | 3675.00 |
| Repair Maintenance | 2400.00 |
| Misc. | 2400.00 |
| Total Other Expenses | 85249.00 |
| Net Income after Expenses | 8368.48 |
| Amount for Debt Reduction for Chapter 11 | 8368.48 |

E

