**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

Kevin Lynch & Denise Casey Lynch,

       Debtors
------------------------------------------------------------------x

Case No. 08-23598(RDD)

Chapter 11

## ORDER DISALLOWING CLAIM OF THE IRS

      Upon the objection of the above debtors, dated October 30, 2009 (with the exhibits thereto, the "Objection"), to the claim of the Internal Revenue Service (the "IRS"); and upon counsel for the debtors' representation that the Objection was duly and timely served on the IRS and the United States Attorney; and there being no opposition thereto; and upon the record of the January 5, 2010 hearing on the Objection; and good and sufficient cause appearing for the requested relief, it is hereby

      ORDERED that the Objection is granted and Claim #7 of the IRS is disallowed and expunged.

Dated: January 5, 2010
      White Plains, New York

                                                  /s/Robert D. Drain
                                                  Hon. Robert D. Drain
                                                  U.S. Bankruptcy Judge