UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                              Chapter 11

       Kevin and Denise Casey Lynch

                                                              Case No. 08-23598 (RDD)

                                      Debtor(s).

------------------------------------------------------------x

## LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

145 West Main Street Stony Point, NY 10980, Loan Number 1006516957 reprsented by Fein,

Such & Crane, LLP

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: /s/ Kevin Lynch /s/ Denise Casey Lynch                   Date: January 26, 2010

Print Name:                    Kevin Lynch and Deise Casey Lynch

Telephone Number:         845-425-2510

E-mail address (if any):      Bleichmanklein@yahoo.com