CERTIFICATE OF SERVICE

STATE OF NEW YORK
COUNTY OF ROCKLAND

   I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Loss Mitigation order on March 1, 2010, by depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Fein, Such & Crane, LLP
Attn: Tammy Terrell Benoza
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

                                                                                                        /s/    Joshua N. Bleichman
                                                                                                          Joshua N. Bleichman
                                                                                                          268 Route 59 West
                                                                                                        Spring Valley, NY 10977
                                                                                                               845-425-2510