UNITED STATES BANKRUPTCY COURT
_Southern DISTRICT OF New York

In re Kevin Lynch and Denise Casey Lynch
    Debtor

Case No. 08-23598

Reporting Period: 1/1/200-1/31/2010

Social Security # xxx-xx-4618
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | x | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | x | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief

Signature of Debtor   s/Kevin Lynch      Date    2/20/2010

Signature of Joint Debtor   s/Denise Casey Lynch      Date    2/20/2010

UNITED STATES BANKRUPTCY COURT
_Southern DISTRICT OF New York

In re Kevin Lynch and Denise Casey Lynch
      Debtor

Case No. 08-23598

Reporting Period: 1/1/200-1/31/2010

Social Security # xxx-xx-4618
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | x | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | x | |

I declare under penalty of perjury *(28 U S C Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor    s/Kevin Lynch          Date    2/20/2010

Signature of Joint Debtor   s/Denise Casey Lynch      Date    2/20/2010

In re Kevin Lynch and Denise Casey Lynch
    Case No. 08-23598
   Debtor
    Reporting Period: 1/1/2010-1/31/2010

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 420 | 120749 |
| **RECEIPTS** | | |
| Wages (Net) | 5914 | 83494 |
| **Interest and Dividend Income** | | 2 |
| | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 8115 | 211249 |
| **Total Receipts** | 14449 | 415494 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 6863 | 169361 |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 1592 | 18280 |
| Insurance | 900 | 21455 |
| Auto Expense | 346 | 9707 |
| Lease Payments | | 2866 |
| IRA Contributions | | |
| Repairs and Maintenance | | 12848 |
| Medical Expenses | 130 | 608 |
| Food, Clothing, Hygiene | 1097 | 18793 |
| Charitable Contributions | | 2478 |
| Alimony and Child Support Payments | | 9500 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)Income Tax NYS* | | 105 |
| Travel and Entertainment | | 128 |
| Student Loan Interest | 205 | 360 |
| Other *(attach schedule)* | 726 | 22205 |
| **Total Ordinary Disbursements** | 11859 | 288694 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 550 |
| U. S. Trustee Fees | 650 | 2925 |
| Other Reorganization Expenses *(attorney fee)* | | 478 |
| **Total Reorganization Items** | 650 | 2328 |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 12509 | 291022 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 1940 | 124472 |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 1940 | 78903 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rental Income | 3725 | 80846 |
| Tax Practice | 4390 | 72147 |
| Refund | | 25631 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Babysitter | 320 | 4280 |
| Bank fees | 30 | 707 |
| Telephone | | 2879 |
| Transfer | | 9000 |
| Newspaper, postage, court fee, misc. | | 133 |
| Bail to Henrico County for Daughter | | 3500 |
| Education summer camp | | 581 |
| License | 100 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 12509 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 12509 |

In re Kevin Lynch and Denise Casey Lynch     Case No. 08-23598
       **Debtor**               Reporting Period: 1/1/2010-1/31/2010

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account  The debtor's bank reconciliation may be substituted for this p

(Bank account numbers may be redacted to last four numbers )

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 1522 73 | | | |
| | | | | |
| BANK BALANCE | 5494.39 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 3971 66 | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE** * | 1522 73 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
| IndyMac | 1197 | 3971.66 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

DIP Account

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account   The debtor's bank reconciliation may be substituted for this page
(Bank account numbers may be redacted to last four numbers )

|  | Operating #  | Payroll #  | Tax #  | Other #  |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 417 |  |  |  |
|  |  |  |  |  |
| **BANK BALANCE** | 417 |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : |  |  |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |  |
|  |  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | 417 |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

Joint Account with Don Pfeil for rental property at 30 Knapp Road Stony Point NY 10980

In re Kevin Lynch and Denise Casey Lynch        Case No. 08-23598
        Debtor                          Reporting Period: 1/01/2010-1/31/2010

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 28-Jan | Bank of America | mtge | 2892.00 | tel |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | 2892 | |

| Total Disbursements for the Month | 2892 |
|-----------------------------------|------|

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  | See attached printout |  |  |
|  | from Wachovia Bank |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Cash Disbursements | | | |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  | See attached printout |  |  |  |
|  | from Wachovia Bank |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | 9617 |
|-----------------------------------|------|

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only  Pre-petition liabilities must be classified separately from post-petition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| Primary Residence | 450000 | 484000 |
| 85 Sterling Road Greenwood Lake NY | 375000 | 432000 |
| 30 Knapp Road Stony Point NY 1/2 ownership | 300000 | 300000 |
| Timeshares | 1000 | 2301 |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | 1126000 | 1218301 |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | 150 | 1650 |
| Bank Accounts | 1940 | 6899 |
| Security Deposits | 15000 | 15000 |
| Household Goods & Furnishings | 2000 | 2000 |
| Books, Pictures, Art | 40 | 40 |
| Wearing Apparel | 45 | 45 |
| Furs and Jewelry | 100 | 100 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | 6232 | 4300 |
| Retirement & Profit Sharing | 8760 | 12320 |
| Stocks | 50000 | 50000 |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 48970 | 50970 |
| Boats & Motors | 500 | 500 |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals Dog | 10 | 10 |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| TOTAL PERSONAL PROPERTY | 133747 | 143034 |
| TOTAL ASSETS | 1259747 | 1361335 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re Kevin Lynch and Denise Casey Lynch
        Debtor

Case No. 08-23598
Reporting Period: 1/1/2010-1/31/2010

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | 4655 | 4655 | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | 4655 | 4655 | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

Debtor is a tax accountant who makes bulk of income from January-April. Payments made Febraury 10.

In re <u>Kevin Lynch and Denise Casey Lynch</u>     Case No. <u>08-23598</u>
               **Debtor**                                Reporting Period: <u>1/01/2010-1/31/2010</u>

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| CCO Mortgage | 4655 | | 9310 |
| Countrywide | 2892 | 2892 | 0 |
| Indymac | 3972 | 3972 | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | 6864 | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | x | |
| 6 Are any post petition State or Federal income taxes past due? | | x |
| 7 Are any post petition real estate taxes past due? | | x |
| 8 Are any other post petition taxes past due? | x | |
| 9 Have any pre-petition taxes been paid during this reporting period? | | x |
| 10 Are any amounts owed to post petition creditors delinquent? | x | |
| 11 Have any post petition loans been been received by the Debtor from any party? | | x |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |

**Provident Bank**

400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

************AUTO**5-DIGIT 10980
8390 0.7420 AV 0.335    29 1 122
KEVIN J LYNCH
DON W PFEIL
145 WEST MAIN STREET
STONY POINT NY 10980

Date   2/19/10              Page    1
Primary Account         100000266029
Enclosures

E-STATEMENTS ARE HERE! To receive your statements and notices electronically,
simply go to providentbanking.com to sign up for Internet Banking or access the
E-Statements tab in your Internet Banking Account

*********************** C H E C K I N G   A C C O U N T ***********************

PRO-CHECKING
ACCOUNT NUMBER            100000266029   Statement Dates    1/21/10 thru  2/21/10
PREVIOUS BALANCE             2,984.90    DAYS IN THE STATEMENT PERIOD         32
  3 DEPOSITS/CREDITS          3,669.36   AVERAGE LEDGER                 2,859.92
  4 CHECKS/DEBITS             6,236.80   AVERAGE COLLECTED              2,829.03
SERVICE CHARGE                     .00
INTEREST PAID                      .00
CURRENT BALANCE                417.46

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft Fees     | $.00                  | $.00               |
| Total Return Item Fees   | $.00                  | $30.00             |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                       DEPOSITS AND CREDITS

| DATE  | DESCRIPTION | AMOUNT   |
|-------|-------------|---------:|
| 2/01  | Deposit     | 450.00   |
| 2/02  | Deposit     | 2,675.00 |
| 2/08  | Deposit     | 544.36   |

PRO-CHECKING                    100000266029   (Continued)

### CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 2/01 | MORTGAGE   Bank of America<br>TEL  ID# 118845190 | 2,891.55- |

```
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

### --- CHECKS IN NUMBER ORDER ---

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|------|---------|--------|------|---------|--------|
| 2/17 | 1109 | ~250.00 | 2/17 | 1111 | 2,891.55 |
| 2/18 | 1110 | 203.70 | | | |

≛ Denotes check numbers out of sequence

*(handwritten: Snowflow ... Damian ... mtg)*

```
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 1/21 | 2,984.90 | 2/02 | 3,218.35 | 2/17 | 621.16 |
| 2/01 | 543.35 | 2/08 | 3,762.71 | 2/18 | 417.46 |

YOU MAY DIRECT INQUIRIES OR REQUEST INFORMATION ABOUT YOUR STATEMENT, TERMS, FEES,
AND RATES; WRITE TO THE ADDRESS ON YOUR STATEMENT, STOP BY YOUR LOCAL BRANCH OR
CALL 845 369-8551.  THANK YOU FOR BANKING WITH PROVIDENT BANK.



# WACHOVIA

A Wells Fargo Company

**Wells Fargo Advisors**

## ACCOUNT ACTIVITY

**I want to...**
View Recent Activity
Transfer Funds
Pay Bills
View Paper Statements
Order Checks
Check Search
View Rewards
Go to Customer Service Page

Account CRWN CLASSIC *2154 ▼ Go   Action

**Find Transactions**

○ Date Range: Last 15 days ▼  - OR - ● 01/01/2010  to  01/31/2010

Sort By: All Transaction Types ▼   (MM/DD/YYYY)   (MM/DD/YYYY)

Go   **Note:** You have up to 90 days of account history available. To view up to 7 years, go to View Paper Statements

Posted Balance as of 02/24/2010 : $14,435.39 *   Available Balance as of 02/25/2010 : $14,435.39 **   (View Holds)

**Transactions for: CRWN CLASSIC *2154**

| Date ▾ | Type | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/29/2010 | Check N/A | AUTOMATED CHECK KOHLS CHG PMT CHECK PMT 1199 | $46.81 | | $5,494.39 |
| 01/29/2010 | Deposit | COUNTER DEP | | $222.99 | $5,541.20 |
| 01/25/2010 | Check View | CHECK 1198 | $264.91 | | $5,318.21 |
| 01/25/2010 | Deposit | COUNTER DEP | | $2,051.56 | $5,583.12 |
| 01/22/2010 | Other | AUTOMATED DEBIT HARTFORD LIFE INS PREM | $549.79 | | $3,531.56 |
| 01/19/2010 | Other | AUTOMATED DEBIT AMERICAN EXPRESS ELEC REMIT | $98.00 | | $4,081.35 |
| 01/19/2010 | Check N/A | AUTOMATED CHECK KOHLS CHG PMT CHECK PMT 1194 | $170.33 | | $4,179.35 |
| 01/19/2010 | Other | COUNTER WTH | $500.00 | | $4,349.68 |
| 01/14/2010 | Deposit | COUNTER DEP | | $1,894.79 | $4,849.68 |
| 01/13/2010 | Check View | CHECK 1193 | $305.70 | | $2,954.89 |
| 01/12/2010 | Other | AUTOMATED DEBIT ALLSTATE INS ONLINE PMT | $83.50 | | $3,260.59 |

| 01/12/2010 | Other | AUTOMATED DEBIT ALLSTATE INS ONLINE PMT | $93.50 | | $3,344.09 |
| 01/12/2010 | Other | AUTOMATED DEBIT ALLSTATE INS ONLINE PMT | $173.50 | | $3,437.59 |
| 01/12/2010 | Deposit | COUNTER DEP | | $3,284.34 | $3,611.09 |
| 01/06/2010 | Deposit | INTEREST FROM 12/05/2009 THROUGH 01/06/2010 | | $0.07 | $326.75 |
| | | | | | 1 - 15 of 15 |

\* Includes transactions that have cleared your account as of the close of the previous business day. See help with this page for more details.

\*\* Transactions that have been authorized but not yet posted are included. See help with this page for more details.

Customer Agreement     Privacy     Security     Legal

© 2010 Wachovia Corporation. All rights reserved.

Securities and Insurance Products:

| Not Insured by FDIC or any Federal Government Agency | May Lose Value | Not a Deposit of or Guaranteed by a Bank or any Bank affiliate |

Wachovia Securities is now Wells Fargo Advisors.

Wells Fargo Advisors is the trade name used by two separate registered broker-dealers: Wells Fargo Advisors, LLC and Wells Fargo Advisors Financial Network, LLC, Member SIPC, non-bank affiliates of Wells Fargo & Company. Wachovia is a Wells Fargo Company.

Insurance products are offered through our affiliated non-bank insurance agencies.