_____x

Re:                                                                  Chapter 11
Kevin Lynch and Denise Casey Lynch

                    Debtors                                  Case No. 08-23598

_____x

## ATTORNEY'S AFFIRMATION OF SERVICES

1. I am an attorney duly admitted to practice in the State of New York and in the
Southern District of New York and I submit this Affirmation in support of for Approval
of additional fees under penalty of perjury.

2. On October 31, 2008, the debtors filed a voluntary petition for protection under
Chapter 11 of the bankruptcy code.

3. This application is made by the applicant for a first allowance of compensation
for professional services rendered for and on behalf of the debtor for the period 3/9/2009
through 1/26/2010 (the "Period"). In addition, Applicants seek reimbursement for actual
and necessary costs incurred during the Period.

4. Applicant seeks an allowance of fees of $ 7,353.50 the documentation for
which is set forth on Exhibit "A" attached hereto. Applicants also seek reimbursement in
the sum of $ 155.00, which represents the actual and necessary costs and expenses
incurred during the Period.

5. At the time of the filing the fee charged did not contemplate services in
connection with stripping the second mortgages, loss mitigation, and objection to claims.

6. To date my office has spent approximately 20.1 hours working on and
performed the following services outlined on Exhibit "A"

7. The total amount of fees far exceeds the amount being sought herein; Your Applicant is limiting its application for fees and services rendered.

WHEREFORE the Applicant respectfully requests compensation for professional services rendered during the Period in the amount of $7,508.50

Dated: Spring Valley, NY
March 3, 2010

_/s/ Joshua N. Bleichman_
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510

CERTIFICATE OF SERVICE

STATE OF NEW YORK
COUNTY OF ROCKLAND

I, Joshua N Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Fee Affirmation on March 3, 2010, by depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Fein, Such & Crane, LLP
Attn: Tammy Terrell
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Martin Mooney
Attorney for GMAC
8 Thurlow Terrace
Albany, NY 12203

Peter G Vigue
c/o TD Bank North
1701 Route 70 East
Cherry Hill , NJ 08034

Albert Buonamici
c/o JP Morgan Chase
222 Bloomingdale Rd
Suite 201
White Plains, NY 10605

Andrew Helfand
c/o Wachovia Bank
60 East 42nd St Suite 1048
New York, NY 10901

GE Consumer Finance
PO Box 960061
Orlando, FL 32896

Kevin &Denise Casey Lynch
145 West Main St
Stony Point, NY 10980

RBS Citizens NA Charter
One Bank NA
10561 Telegraph Rd
Glen Allen, VA 23059

Cach, LLC
4340 Monaco St 2nd Floor
Denver, CO 80237

Internal Revenue Service
Insolvency Section
PO Box 21126
Philadelphia, PA 19114

Specialzied Loan
Servicing, LLC
8742 Lucent Blvd Suite
300
Highlands Ranch, CO
80129

First Equity Card
PO Box 740933
Dallas, TX 75374

Chase Bank USA
2001 Western Ave Ste 400
Seattle WA 98121

MLD Mortgage Inc
2270 Lakeside Blvd
Mail Stop RLS-4
Richardson, TX 75082

Wachovia Dealer Services
PO Box 19657
Irvine, CA 92623

Bank of America
1000 Samoset Dr
DE-5 023-03-03
Newark, DE 17913

Recovery Management
Systems Corp
25 SE 2nd Ave Ste 1120
Miami, FL 33131

Citibank
PO Box 6305
The Lakes, NV 88901

Beverly Maulfair
Greenwood Lake Home
Center
PO Box 14
Greenwood Lake, NY
10925

RBS Citizens
Key Center at Fountain
Plaza Ste 1230
Buffalo, NY 14202

United States Trustee by
ECF

/s/    Joshua N. Bleichman<br>
Joshua N. Bleichman<br>
268 Route 59 West<br>
Spring Valley, NY 10977<br>
845-425-2510